**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GRACE ALBANESE,<br><br>          Plaintiff,<br><br>     v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>          Defendant. | Case No. 2:17-cv-01634-RFB-CWH<br><br>**REPORT AND RECOMMENDATION** |

On January 30, 2019, the court entered a screening order granting pro se plaintiff Grace Albanese's application to proceed *in forma pauperis* and dismissing the complaint for failure to state a claim, with leave to amend. (Screening Order (ECF No. 5).) Plaintiff's deadline to file an amended complaint was March 1, 2019. (*Id.* at 3.) Plaintiff did not file an amended complaint and has not taken any other action in the case since the court entered its screening order. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Grace Albanese's case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 7, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE